IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOREN MARK AMES,
    Petitioner,

vs.                                    Case No. 3:08cv305/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

      Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 along with a supporting memorandum and exhibits (Doc. 1).  The filing fee has been paid.  However, Petitioner failed to provide the court with two complete copies of his petition, supporting memorandum, and exhibits, for service upon Respondent.  Petitioner is advised that he must submit a complete copy for each named Respondent and for the Attorney General of the State of Florida.  Therefore, Petitioner must submit two (2) complete copies of the petition, including the memorandum and exhibits.

      Accordingly, it is **ORDERED**:

      1.    Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall submit two (2) complete copies of the petition, supporting memorandum, and exhibits.  This case number should be written on each copy.

      2.    Failure to comply with this order may result in a recommendation of dismissal of this case.

      **DONE AND ORDERED** this 22nd day of July 2008.

                                    /s/ *Elizabeth M. Timothy*
                                    **ELIZABETH M. TIMOTHY**
                                    **UNITED STATES MAGISTRATE JUDGE**